IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 8:13CR107 |
| vs. | |
| ANTHONY LAURITA, | ORDER |
| Defendant. | |

This matter is before the court on defendant Laurita's motion for reconsideration, Filing No. 547. This matter is on appeal to the United States Court of Appeals for the Eighth Circuit. *See* Filing No. 358. Accordingly,

IT IS ORDERED that defendant Laurita's motion for reconsideration (Filing No. 547) is denied without prejudice to reassertion.

DATED this 28th day of April, 2016.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge