IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>ANTHONY LAURITA,<br><br>    Defendant. | 8:13CR107<br><br>**JUDGMENT** |

Pursuant to the Memorandum and Order entered on this date denying defendant's Motion to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody under 28 U.S.C. § 2255 (Filing No. 618), judgment without prejudice is entered in favor of the United States and against Anthony Laurita.

Dated this 25th day of June 2019.

            BY THE COURT:

            s/ Joseph F. Bataillon
            Senior United States District Judge